1

2

3                                           **JS-6**

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11  TIMOTHY-JOEL-JONATHAN:  )   Case No. EDCV 08-1219-VAP
    LUNDBERG,              )   (OPx)
12                         )
                Plaintiff, )   **JUDGMENT**
13                         )
        v.                 )
14                         )
    UNITED STATES OF       )
15  AMERICA,               )
                           )
16              Defendant. )
    _____)
17

18  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19       Pursuant to the Order filed herewith, IT IS ORDERED

20  AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH

21  PREJUDICE.  The Court orders that such judgment be

22  entered.

23

24

25  Dated:  January 28, 2009
                                    VIRGINIA A. PHILLIPS
26                                  United States District Judge

27

28